■ WILLIAM EVANS, SR., as Guardian ad Litem for WILLIAM EVANS, JR., an Adult Incapable of Adequately Prosecuting His Rights, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 65435.)—In a claim to recover damages due to the alleged medical malpractice and negligence, etc., of the State of New York, claimant appeals from a judgment of the Court of Claims entered July 24, 1984, which, after a trial, dismissed the claim.

Judgment affirmed, without costs or disbursements, for reasons stated in the memorandum decision of Judge Lengyel. Mollen, P. J., Mangano, Lawrence and Kooper, JJ., concur.